

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2021

No. 04-20-00515-CV

**IN THE INTEREST OF V.S., A CHILD**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00518
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant V.S.'s motion for leave to file his brief late is GRANTED. Appellant V.S.'s brief was filed on **January 19, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court